UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Crim No. 1:21-MJ-174 (ZMF) |
| PAUL WESTOVER, : | |
| : | |
| Defendant. : | |

### NOTICE OF CHANGE OF CONTACT INFORMATION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Jessica Arco, previously assigned in a primary capacity to the above-captioned matter, has changed titles and contact information, which can be found below. This is notice of her updated contact information and role, and all ECF and any other notifications to Ms. Arco should be directed to the following email address: jessica.arco@usdoj.gov.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No.415793

By:      /s/  *Jessica Arco*
Jessica Arco
Trial Attorney
Detailee - U.S. Attorney's Office for the District of Columbia
D.C. Bar No. 1035204
555 4th Street NW
Washington, DC 20530
Jessica.arco@usdoj.gov
(202) 514-3204